**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG**

| | |
|---|---|
| BAUSCH HEALTH US, LLC f/k/a VALEANT PHARMACEUTICALS NORTH AMERICA LLC; BAUSCH HEALTH IRELAND LIMITED f/k/a VALEANT PHARMACEUTICALS IRELAND, LTD.; BAUSCH HEALTH AMERICAS, INC. f/k/a VALEANT PHARMACEUTICALS INTERNATIONAL; KAKEN PHARMACEUTICAL CO., LTD., <br><br>*Plaintiffs,* <br><br>v. <br><br>MYLAN PHARMACEUTICALS INC., <br><br>*Defendant.* | C.A. No. 18-cv-184 (lead) <br><br>*Consolidated with* <br>C.A. No. 19-cv-37 and <br>C.A. No. 20-cv-46 |

**STIPULATION AND ORDER OF DISMISSAL**

Whereas, Plaintiffs Bausch Health US, LLC, Bausch Health Ireland Limited, Bausch Health Americas, Inc., and Kaken Pharmaceutical Co., Ltd. (collectively, "Plaintiffs"), and Defendant Mylan Pharmaceuticals Inc. ("Mylan"), have agreed to the terms and conditions representing a negotiated settlement of this action and have set forth those terms and conditions in a Confidential Settlement and License Agreement (the "Settlement Agreement"), Plaintiffs and Mylan, through their undersigned counsel of record, hereby stipulate and agree that all claims, counterclaims, and affirmative defenses asserted or brought by the parties against one another in the above-captioned actions be dismissed without prejudice. It is further stipulated that the U.S. District Court for the Northern District of West Virginia retains jurisdiction to enforce and resolve any disputes arising under the Settlement Agreement.

Now the parties, having consented and stipulated to the entry of this Stipulation of Dismissal, IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. This Court has jurisdiction over the parties and the subject matter of these actions involving Plaintiffs' U.S. Patent Nos. 7,214,506 (the "'506 Patent"), 8,039,494 (the "'494 Patent"), 8,486,978 (the "'978 Patent"), 9,302,009 (the "'009 Patent"), 9,566,272 (the "'272 Patent"), 9,662,394 (the "'394 Patent"), 9,861,698 (the "'698 Patent"), 9,877,955 (the "'955 Patent"), 10,105,444 (the "'444 Patent"), 10,478,601 (the "'601 Patent"), 10,512,640 (the "'640 Patent"), and 10,342,875 (the "'875 Patent"), asserted against Mylan.

2. In view of, and subject to the provisions of the Settlement Agreement, this action is hereby dismissed, without prejudice as to all claims and counterclaims between the parties.

3. Notwithstanding any provision of the foregoing, Mylan shall be entitled to contest the infringement, validity and/or enforceability of the '506, '494, '978, '009, '272, '394, '698, '955, '444, '601, '640 and '875 Patents in any future litigation over the '506, '494, '978, '009, '272, '394, '698, '955, '444, '601, '640 and '875 Patents pertaining to any product that is not the Mylan Product and is not the subject of the Mylan ANDA (as defined in the Parties' Settlement Agreement).

4. Each party will bear its own attorneys' fees and costs.

5. This Court will retain jurisdiction to enforce this Stipulation of Dismissal and the parties' related agreements resolving this matter.

6. Plaintiffs acknowledge that Mylan is entitled to maintain its Paragraph IV certification to the '506, '494, '978, '009, '272, '394, '698, '955, '444, '601, '640 and '875 Patents pursuant to 21 C.F.R. § 314.94(a)(12)(v). Each Party acknowledges and agrees that the 30-month

stay with respect to the approval of the Mylan ANDA under 21 U.S.C. § 355(j)(5)(B)(iii) is hereby terminated.

7. Plaintiffs acknowledge that Mylan is entitled to pursue and obtain FDA approval for Mylan's Abbreviated New Drug Application and the Mylan Product prior to expiration of the '506, '494, '978, '009, '272, '394, '698, '955, '444, '601, '640 and '875 Patents.

8. The Clerk of Court is directed to enter this Stipulation of Dismissal.

Dated: January 5, 2021

/s/ James F. Companion
James F. Companion (#790)
Sandra K. Law (#6071)
**SCHRADER COMPANION DUFF & LAW, PLLC**
401 Main Street
Wheeling, WV 26003
T: (304) 233-3390
jfc@schraderlaw.com
skl@schraderlaw.com

*Attorneys for Plaintiffs*

*Of Counsel:*

Thomas P. Steindler (*pro hac vice*)
Nicole M. Jantzi (*pro hac vice*)
Paul M. Schoenhard (*pro hac vice*)
Ian B. Brooks (*pro hac vice*)
Christopher M. Bruno (*pro hac vice*)
**MCDERMOTT WILL & EMERY LLP**
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
T: (202) 756-8000

*Attorneys for Plaintiffs*
*Bausch Health US, LLC,*
*Bausch Health Ireland Limited,*
*and Bausch Health Americas, Inc.*

/s/ William J. O'Brien
Gordon H. Copland (#828)
William J. O' Brien (#10549)
**STEPTOE & JOHNSON PLLC**
400 White Oaks Boulevard
Bridgeport, WV 26330
T: (304) 933-8000
gordon.copland@steptoe-johnson.com
william.obrien@steptoe-johnson.com

*Of Counsel:*

Tung-On Kong
Wendy L. Devine
Yan-Xin Li
Kristina Hanson
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
tkong@wsgr.com
wdevine@wsgr.com
yxli@wsgr.com
thanson@wsgr.com
T: (415) 947-2000

*Attorneys for Defendant Mylan*
*Pharmaceuticals Inc.*

John D. Livingstone (*pro hac vice*)
Katherine T. Leonard (*pro hac vice*)
**FINNEGAN, HENDERSON,**
**FARABOW, GARRETT & DUNNER, LLP**
271 17th Street, NW, Suite 1400
Atlanta, GA 30363-6209
T: (404) 653-6400

Michael Liu Su (*pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW,**
**GARRETT & DUNNER, LLP**
3300 Hillview Avenue, 2nd Floor
Palo Alto, CA 94304
T: (650) 849-6621

Naoki Yoshida (*pro hac vice*)
**FINNEGAN, HENDERSON,**
**FARABOW, GARRETT & DUNNER, LLP**
33rd Floor, Shiroyama Trust Tower
3-1, Toranomon 4-chome, Minato-ku
Tokyo, 105-6033 Japan
T: +81-3-3431-6943

*Attorneys for Plaintiff*
*Kaken Pharmaceutical Co., Ltd.*


IT IS SO ORDERED this 5th day of January, 2021.

_____
Hon. Irene M. Keeley, U.S.D.J.